Daniel Eli, Esq., State Bar No. 192019
A. Eric Aguilera, Esq., State Bar No. 192390
Kimberly R. Arnal, Esq., State Bar No. 200448
**THE AGUILERA LAW GROUP, APLC**
700 South Flower Street, Ste. 3350
Los Angeles, CA 90017
Telephone: (213) 929-1330
Facsimile: (213) 929-1331
E-mail: deli@aguileragroup.com
          karnal@aguileragroup.com

Attorneys for Plaintiffs Travelers Property Casualty Company of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability corporation, as successor-in-interest to Taylor Woodrow Homes, Inc; TAYLOR MORRISON SERVICES, INC., a California corporation; ARCH INSURANCE GROUP, a Missouri corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; HUDSON INSURANCE COMPANY, a Delaware corporation; QBE INSURANCE CORPORATION, a Pennsylvania corporation; FIRST SPECIALTY INSURANCE | Case No. 5:12 –CV-04204-EJD<br><br>[~~PROPOSED~~] ORDER ON EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR DECEMBER 7, 2012 FOR A PERIOD OF SIXTY (60) DAYS |

-1-

1  CORPORATION, a Missouri
2  corporation; UNITED SPECIALTY
   INSURANCE COMPANY, a Delaware
3  corporation and DOES 1 through 10
4  inclusive,

5          Defendants.

6

7  <u>**ORDER**</u>

8      Good cause having been shown, IT IS HEREBY ORDERED that the Case
9  Management Conference in this matter be continued from December 7, 2012 to
10 __February 15, 2013 at 10:00 AM__ and that all attendant dates including the Rule
11 26(a) initial disclosure deadline be calculated from the new Case Management
12 Conference date. The parties shall file a Joint Case Management Conference Statement on or
13 before February 8, 2013.

14 Dated: __11/27__, 2012        _[signature]_
15                                             Edward J. Davila
16                                             Federal District Court Judge