RONALD D. ECHEGUREN (SBN 76307)
recheguren@cernlaw.com
MATTHEW S. HARVEY (SBN 233372)
mharvey@cernlaw.com
CRESSWELL, ECHEGUREN
RODGERS & NOBLE (2653-103)
180 Grand Avenue, Suite 440
Oakland, CA 94612

Telephone:    (510) 444-1735
Facsimile:    (510) 444-6923

Attorneys for Defendant
FIRST SPECIALTY INSURANCE CORPORATION

**IT IS SO ORDERED**
Judge Edward J. Davila
12/20/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> TAYLOR MORRISON OF CALIFORNIA LL, a California limited liability corporation, as successor-in-interest to Taylor Woodrow Homes, Inc.; TAYLOR MORRISON SERVICES, INC., a California corporation; ARCH INSURANCE GROUP, a Missouri corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; AMERICAN' SAFETY INDEMNITY COMPANY, an Oklahoma corporation; HUDSON INSURANCE COMPANY, Delaware corporation, QBE INSURANCE CORPORATION, a Pennsylvania corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation and DOES 1 through 10 inclusive, <br><br> Defendants. <br> _____/ | Case No.: 5:12-cv-04204-EJD <br><br> **STIPULATION EXTENDING TIME FOR FIRST SPECIALTY INSURANCE CORPORATION TO RESPOND TO THE FIRST AMENDED COMPLAINT** |

/ / /

/ / /

---

1
STIPULATION EXTENDING TIME FOR FIRST SPECIALTY TO
RESPOND TO THE FIRST AMENDED COMPLAINT      CASE NO. 5:12-CV-04204-EJD

Plaintiff Travelers Property Casualty Company of America and defendant First Specialty Insurance Corporation hereby stipulate that the time for First Specialty to file a response to Travelers' first amended complaint is extended from December 18, 2012 to and including January 14, 2013.

Dated:  December 18, 2012                    THE AGUILERA LAW GROUP, APLC


                                             By:   /s/*Kimberly R. Arnal*
                                                   KIMBERLY R. ARNAL
                                                   Attorneys for Plaintiff
                                                   TRAVELERS PROPERTY CASUALTY
                                                   COMPANY OF AMERICA

Dated:  December 18, 2012                    CRESSWELL, ECHEGUREN,
                                                  RODGERS & NOBLE


                                             By:   /s/*Matthew S. Harvey*
                                                   MATTHEW S. HARVEY
                                                   Attorneys for Defendant
                                                   FIRST SPECIALTY INSURANCE
                                                   CORPORATION


I, Matthew S. Harvey, attest that Kimberly R. Arnal has consented to my firm placing her electronic signature on this document for filing, as permitted by Local Rule 5-1(i)(3).


                                             _/s/ *Matthew S. Harvey* _____
                                             MATTHEW S. HARVEY

# PROOF OF SERVICE

I, D. Hartley, undersigned, declare as follows:

I am over the age of eighteen years and not a party to the within action. My business address is 180 Grand Avenue, Suite 440, Oakland, California 94612. Upon this day, the following:

1. **STIPULATION EXTENDING TIME FOR FIRST SPECIALTY INSURANCE CORPORATION TO RESPOND TO THE FIRST AMENDED COMPLAINT**

was served on all interested parties through their attorneys of record, by placing a true and correct copy thereof, addressed as shown and as designated below:

| | |
|---|---|
| A. Eric Aguilera<br>Kimberly R. Arnal<br>The Aguilera Law Group, APLC<br>650 Town Center Drive, Suite 100<br>Costa Mesa, CA 92626<br>Telephone: (714) 384-6600<br>Facsimile: (714)384-6601<br>Attorneys for Plaintiff<br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | Alan Edward Swerdlow<br>Boornazian Jensen & Garthe<br>555 - 12th Street<br>Suite 1800<br>P.O. Box 12925<br>Oakland, CA 94604-2925<br>Telephone: (510)834-4350<br>Facsimile: (510)839-1897<br>Attorneys for Defendant<br>AMERICAN SAFETY INDEMNITY CORPORATION |

Patrick Michael McGovern
Cox, Castle Nicholson LLP
2049 Century Park East, 28th Floor
Los Angeles, CA 90067
Telephone: (310)277-4222
Facsimile: (310)277-7889
Attorneys for Defendant
TAYLOR MORRISION OF CALIFORNIA LLC

**X CM/ECF ELECTRONIC FILING.** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above in accordance with the rules governing the electronic filing of documents in the United States District Court for the Northern District of California. "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of the electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1).

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on December 18, 2012, at Oakland, California.

_D. Hartley_

1