A. Eric Aguilera, Esq., State Bar No. 192390
Daniel Eli, Esq., State Bar No. 192019
Kimberly R. Arnal, Esq., State Bar No. 200448
**THE AGUILERA LAW GROUP, APLC**
700 South Flower Street, Ste. 3350
Los Angeles, CA 90017
Telephone: (213) 929-1330
Facsimile: (213) 929-1331
E-mail: deli@aguileragroup.com
　　　　karnal@aguileragroup.com

Attorneys for Plaintiffs Travelers Property Casualty Company of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability corporation, as successor-in-interest to Taylor Woodrow Homes, Inc; TAYLOR MORRISON SERVICES, INC., a California corporation; ARCH INSURANCE GROUP, a Missouri corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; HUDSON INSURANCE COMPANY, a Delaware corporation; QBE INSURANCE CORPORATION, a Pennsylvania corporation; FIRST SPECIALTY INSURANCE | Case No. 5:12 –CV-04204-EJD <br> Hon. Edward J. Davila <br><br> **[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE BRIEFING SCHEDULE ON TAYLOR MORRISON'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

-1-

1  CORPORATION, a Missouri
2  corporation; UNITED SPECIALTY
   INSURANCE COMPANY, a Delaware
3  corporation and DOES 1 through 10
4  inclusive,
5            Defendants.
6
7                    **ORDER**
8      Good cause having been shown, IT IS HEREBY ORDERED that Travelers
9  opposition to Taylor Morrison's Motion for Partial Summary Judgment has been
10 continued to ____July 12_____, 2013; Taylor Morrison's Reply has been
11 continued to ____July 26_____, 2013. The hearing on Plaintiff's Motion for Leave to File a Second Amended Complaint (Docket Item No.
12                                                58) is ADVANCED to **June 6, 2013, at 1:30 p.m.**
13 Dated: ____April 18_____, 2013    _____
                                      Edward J. Davila
14                                    Federal District Court Judge
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
[Proposed] Order Continuing Briefing Schedule on Taylor Morrison's Motion for Partial Summary Judgment