1  A. Eric Aguilera, Esq., State Bar No. 192390
2  Daniel Eli, Esq., State Bar No. 192019
   Kimberly R. Arnal, Esq., State Bar No. 200448
3  **THE AGUILERA LAW GROUP, APLC**
4  700 South Flower Street, Ste. 3350
   Los Angeles, CA 90017
5  Telephone:  (213) 929-1330
6  Facsimile:  (213) 929-1331
   E-mail: deli@aguileragroup.com
7          karnal@aguileragroup.com
8
   Attorneys for Plaintiffs Travelers Property Casualty Company of America
9

10                    **UNITED STATES DISTRICT COURT**

11           **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

12

13 | TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, | Case No. 5:12 –CV-04204-EJD
Hon. Edward J. Davila

**[PROPOSED]** ORDER ON EX PARTE APPLICATION TO CONTINUE BRIEFING SCHEDULE ON TAYLOR MORRISON'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

Plaintiffs,

vs.

TAYLOR MORRISON OF CALIFORNIA, LLC, a California limited liability corporation, as successor-in-interest to Taylor Woodrow Homes, Inc; TAYLOR MORRISON SERVICES, INC., a California corporation; ARCH INSURANCE GROUP, a Missouri corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; HUDSON INSURANCE COMPANY, a Delaware corporation; QBE INSURANCE CORPORATION, a Pennsylvania corporation; FIRST SPECIALTY INSURANCE

-1-

CORPORATION, a Missouri corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation and DOES 1 through 10 inclusive,

          Defendants.

## ORDER

Good cause having been shown, IT IS HEREBY ORDERED that Travelers opposition to Taylor Morrison's Motion for Partial Summary Judgment has been continued to ___July 12___, 2013; Taylor Morrison's Reply has been continued to ___July 26___, 2013. The hearing on Plaintiff's Motion for Leave to File a Second Amended Complaint (Docket Item No. 58) is ADVANCED to **June 6, 2013, at 1:30 p.m.**

Dated: ___April 18___, 2013        _/s/ Edward J. Davila_
                                          Edward J. Davila
                                          Federal District Court Judge