**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Daniel Eli (SBN 192019)
Kimberly Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
deli@ aguileragroup.com
karnal@aguileragroup.com

IT IS SO ORDERED
Judge Edward J. Davila
7/25/2013

Attorneys for Plaintiff and Counterdefendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA -- SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> v. <br><br> TAYLOR MORRISON OF CALIFORNIA LLC, a California limited liability corporation, as successor-in-interest to Taylor Woodrow Homes, Inc.; TAYLOR MORRISON SERVICES, INC., a California corporation; ARCH INSURANCE GROUP, a Missouri corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; HUDSON INSURANCE COMPANY, a Delaware corporation, QBE INSURANCE CORPORATION, a Pennsylvania corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation and DOES 1 through 10 inclusive, | Case No. 5:12-cv-04204-EJD-HRL <br> Hon. Edward J. Davila <br><br> **STIPULATION TO VOLUNTARILY DISMISS DEFENDANTS ARCH SPECIALTY INSURANCE COMPANY AND UNITED SPECIALTY INSURANCE COMPANY FRCP RULE 41(a)(1)(A)(*i*)** |

| | |
|---|---|
| | Defendants. |
| TAYLOR MORRISON OF CALIFORNIA, LLC, a California Limited Liability company; TAYLOR MORRISON SERVICES, INC., a California corporation, | |
| Counterclaimants, | |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, | |
| Counterdefendant. | |

**WHEREAS**, Plaintiff Travelers Property Casualty Company of America ("Travelers") wishes to dismiss, without prejudice, defendants Arch Specialty Insurance Company ("Arch") and United Specialty Insurance Company ("United Specialty").

**WHEREAS**, defendants Taylor Morrison of California LLC, Taylor Morrison Services, Inc., American Safety Indemnity Company, Hudson Insurance Company, First Specialty Insurance Corporation, QBE Specialty Insurance Company, Arch Specialty Insurance Company, Arch Insurance Company and United Specialty Insurance Company have appeared in the present action;

**WHEREAS**, the appearing defendants are amenable to Travelers dismissing without prejudice Arch and United Specialty from the present action;

**IT IS HEREBY STIPULATED** by and between Travelers and Defendants who have appeared in this action, by and through their designated counsel, that defendant Arch and United Specialty are hereby dismissed without prejudice pursuant to FRCP 41(a)(1). Arch and United Specialty further agree to waive any claim for costs it might have associated with the present action.

| | | |
|---|---|---|
| 1 | Dated: ~~June~~ July 23, 2013 | THE AGUILERA LAW GROUP APLC |
| 2 | | By: /s/ K. Arnal |
| 3 | | A. Eric Aguilera |
| 4 | | Daniel Eli |
| 5 | | Kimberly R. Arnal |
| 6 | | Attorneys for Plaintiff Travelers Property Casualty Company of America |
| 7 | Dated: June ___, 2013 | COX, CASTLE & NICHOLSON LLP |
| 8 | | |
| 9 | | By: /s/ Patrick M. McGovern |
| 10 | | Patrick Michael McGovern |
| 11 | | Attorneys for Defendant/Counter-Claimant Taylor Morrison of California LLC and Taylor Morrison Services, Inc. |
| 12 | | |
| 13 | | |
| 14 | Dated: June ___, 2013 | BOORNAZIAN JENSEN & GARTHE |
| 15 | | By: _____ |
| 16 | | Alan Edward Swerdlow |
| 17 | | Attorneys for Defendant American Safety Indemnity Company |
| 18 | | |
| 19 | Dated: June ___, 2013 | HAIGHT BROWN & BONESTEEL, LLP |
| 20 | | |
| 21 | | By: _____ |
| 22 | | Jesse Matthew Sullivan |
| 23 | | Attorneys for Defendant Hudson Insurance Company |
| 24 | Dated: June___, 2013 | CRESSWELL ECHEGUREN RODGERS & NOBLE |
| 25 | | |
| 26 | | By: _____ |
| 27 | | Ronald D. Echuguren |
| 28 | | Attorneys for Defendant First Specialty Insurance Corporation |

| | | |
|---|---|---|
| 1 | Dated: June ____, 2013 | THE AGUILERA LAW GROUP APLC |
| 2 | | By: _____ |
| 3 | | A. Eric Aguilera |
| | | Daniel Eli |
| 4 | | Kimberly R. Arnal |
| 5 | | Attorneys for Plaintiff Travelers Property Casualty Company of America |
| 6 | | |
| 7 | Dated: June ____, 2013 | COX, CASTLE & NICHOLSON LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Patrick Michael McGovern |
| | | Attorneys for Defendant/Counter- |
| 11 | | Claimant Taylor Morrison of California LLC |
| 12 | | |
| 13 | Dated: June 12, 2013 | BOORNAZIAN JENSEN & GARTHE |
| 14 | | |
| 15 | | By: /s/ Alan Swerdlow |
| | | Alan Edward Swerdlow |
| 16 | | Attorneys for Defendant American |
| 17 | | Safety Indemnity Company |
| 18 | | |
| 19 | Dated: June ____, 2013 | HAIGHT BROWN & BONESTEEL, LLP |
| 20 | | By: _____ |
| 21 | | Jesse Matthew Sullivan |
| 22 | | Attorneys for Defendant Hudson Insurance Company |
| 23 | | |
| 24 | Dated: June ____, 2013 | CRESSWELL ECHEGUREN RODGERS & NOBLE |
| 25 | | |
| 26 | | By: _____ |
| 27 | | Ronald D. Echuguren |
| 28 | | Attorneys for Defendant First Specialty Insurance Corporation |

| | | |
|---|---|---|
| 1 | Dated: June ____, 2013 | THE AGUILERA LAW GROUP APLC |
| 2 | | By: _____ |
| 3 | | A. Eric Aguilera |
| | | Daniel Eli |
| 4 | | Kimberly R. Arnal |
| 5 | | Attorneys for Plaintiff Travelers Property Casualty Company of America |
| 6 | | |
| 7 | Dated: June ____, 2013 | COX, CASTLE & NICHOLSON LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | Patrick Michael McGovern |
| | | Attorneys for Defendant/Counter- |
| 11 | | Claimant Taylor Morrison of California LLC |
| 12 | | |
| 13 | Dated: June ____, 2013 | BOORNAZIAN JENSEN & GARTHE |
| 14 | | |
| 15 | | By: _____ |
| | | Alan Edward Swerdlow |
| 16 | | Attorneys for Defendant American Safety Indemnity Company |
| 17 | | |

Dated: ~~June~~ July 21, 2013   HAIGHT BROWN & BONESTEEL, LLP

By: /s/ Denis T. Moriarty
~~Jesse Matthew Sullivan~~
DENIS T. MORIARTY
Attorneys for Defendant Hudson Insurance Company

Dated: June____, 2013   CRESSWELL ECHEGUREN RODGERS & NOBLE

By: _____
Ronald D. Echuguren
Attorneys for Defendant First Specialty Insurance Corporation

---

3
STIPULATION TO VOLUNTARILYY DISMISS DEFENDANT ARCH SPECIALTY INS. CO. AND UNITED SPECIALTY INS. CO.

```
 1  Dated:  June ____, 2013              THE AGUILERA LAW GROUP APLC
 2
                                         By: _____
 3                                           A. Eric Aguilera
                                             Daniel Eli
 4                                           Kimberly R. Arnal
                                         Attorneys for Plaintiff Travelers Property
 5                                       Casualty Company of America
 6
 7  Dated:  June ____, 2013              COX, CASTLE & NICHOLSON LLP
 8
                                         By: _____
 9                                           Patrick Michael McGovern
                                         Attorneys for Defendant/Counter-
10                                       Claimant Taylor Morrison of California LLC
11
12
13  Dated:  June ____, 2013              BOORNAZIAN JENSEN & GARTHE
14
                                         By: _____
15                                           Alan Edward Swerdlow
                                         Attorneys for Defendant American
16                                       Safety Indemnity Company
17
18
19  Dated:  June ____, 2013              HAIGHT BROWN & BONESTEEL, LLP
20
                                         By: _____
21                                           Jesse Matthew Sullivan
                                         Attorneys for Defendant Hudson Insurance
22                                       Company
23
24  Dated:  ~~June~~ July 22, 2013        CRESSWELL ECHEGUREN
                                         RODGERS & NOBLE
25
26                                       By: _____[signature]_____
27                                           Ronald D. Echeguren and Matthew S. Harvey
                                         Attorneys for Defendant First Specialty
28                                       Insurance Corporation
```

3
STIPULATION TO VOLUNTARILYY DISMISS DEFENDANT ARCH SPECIALTY INS. CO. AND UNITED SPECIALTY INS. CO.

Dated: ~~June~~ July 22, 2013     BROWN, BROWN AND KLASS

By: /s/ Marguerite Brown
Marguerite Brown
Attorneys for Defendant QBE Specialty
Insurance Company

Dated: June ___, 2013     SELMAN BREITMAN

By: _____
Gregory J. Newman
Attorneys for Defendant Arch Specialty
Insurance Company; Arch Insurance
Company

Dated: June ___, 2013     HIRSCH, CLOSSON, McMILLAN & SCHROEDER, APLC

By: _____
Robert V. Closson
Attorneys for Defendant United Specialty
Insurance Company

```
 1  Dated: June ____, 2013          BROWN, BROWN AND KLASS
 2
 3                                  By: _____
 4                                      Marguerite Brown
                                        Attorneys for Defendant QBE Specialty
 5                                      Insurance Company
 6  Dated: ~~June~~ July 23, 2013   SELMAN BREITMAN
 7
 8                                  By: _____
                                        Gregory J. Newman
 9                                      Attorneys for Defendant Arch Specialty
10                                      Insurance Company; Arch Insurance
                                        Company
11
12  Dated: June ____, 2013          HIRSCH, CLOSSON, McMILLAN
                                    & SCHROEDER, APLC
13
14                                  By: _____
                                        Robert V. Closson
15                                      Attorneys for Defendant United Specialty
16                                      Insurance Company
```

| | | |
|---|---|---|
| 1 | Dated: June ____, 2013 | BROWN, BROWN AND KLASS |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Marguerite Brown |
| 5 | | Attorneys for Defendant QBE Specialty Insurance Company |
| 6 | Dated: June ____, 2013 | SELMAN BREITMAN |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Gregory J. Newman |
| 10 | | Attorneys for Defendant Arch Specialty Insurance Company; Arch Insurance Company |
| 11 | | |
| 12 | Dated: June _13_, 2013 | HIRSCH, CLOSSON, McMILLAN & SCHROEDER, APLC |
| 13 | | |
| 14 | | By: _/s/ Robert V. Closson_____ |
| 15 | | Robert V. Closson |
| 16 | | Attorneys for Defendant United Specialty Insurance Company |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.

On July 23, 2013, I served the foregoing document described as: **STIPULATION TO VOLUNTARILY DISMISS DEFENDANTS ARCH SPECIALTY INSURANCE COMPANY AND UNITED SPECIALTY INSURANCE COMPANY FRCP RULE 41(a)(1)(A)(i)** on the interested parties in this action.

☐ **BY U.S. MAIL**
( ) *I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
☐ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF** I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 23, 2013 at Los Angeles, California.

_____
Judy Jaramillo