IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>          Plaintiff,<br>   v.<br><br>TAYLOR WOODROW HOMES, INC., ET AL.<br><br>          Defendants.                                / | CASE NO. 5:12-CV-04204-EJD<br><br>**ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |

   This matter is currently scheduled for a Preliminary Pretrial Conference on October 11, 2013. Having reviewed the parties Joint Preliminary Pretrial Conference Statement (Dkt. No. 82), the court finds a Preliminary Pretrial Conference unnecessary at this time and accordingly CONTINUES the conference until February 28, 2014. The parties shall file their Joint Preliminary Pretrial Conference Statement by no later than February 18, 2014.

   IT IS FURTHER ORDERED that the parties shall meet and confer in order to reach an agreement on an ADR process within 10 days of the issuance of this Order. Within that same

1  timeframe, the parties shall either (1) file the form entitled "Stipulation and (Proposed) Order
2  Selecting ADR Process" if an agreement is reached, or (2) file the form entitled "Notice of Need for
3  ADR Phone Conference."

4  **IT IS SO ORDERED.**

5  Dated:  October 4, 2013

_____
EDWARD J. DAVILA
United States District Judge