IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>                Plaintiff(s),<br>     v.<br><br>TAYLOR WOODROW HOMES, INC.,<br><br>                Defendant(s).<br>_____ / | CASE NO. 5:12-cv-04204 EJD<br><br>**PRETRIAL ORDER<br>(JURY TRIAL)** |

The above-entitled action is scheduled for a Preliminary Pretrial Conference on February 28, 2014. Based on the parties' Joint Preliminary Pretrial Conference Statement (see Docket Item No. 100), the court has determined an appearance is unnecessary at this time. Accordingly, the Preliminary Pretrial Conference is VACATED and the parties are ordered to comply with the following schedule.

IT IS HEREBY ORDERED pursuant to ADR Local Rule 7-2 that this case is referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than 90 days from the date this order is filed. The parties are instructed to contact Judge Grewal's Courtroom Deputy to arrange a date for the conference forthwith.

IT IS FURTHER ORDERED that each party is limited to *one* Motion for Summary Judgment. In other words, one summary judgment motion may be filed on behalf of Plaintiff, one may be filed on behalf of the Taylor Morrison defendants, and one may be filed on behalf Arch

1
CASE NO. 5:12-cv-04204 EJD
PRETRIAL ORDER (JURY TRIAL)

Insurance Group.  Any motions filed in violation of this order will be summarily terminated.

IT IS FURTHER ORDERED that dates and deadlines for the anticipated bench trial will be scheduled at the Final Pretrial Conference.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| EVENT | DATE |
| --- | --- |
| Hearing on Anticipated Motions for Summary Judgment | 9:00 a.m. on 7/25/14 |
| Final Pretrial Conference | 11:00 a.m. on 10/31/14 |
| Joint Final Pretrial Conference Statement, Motions *in Limine* and Exchange of Exhibits | 10/17/14 |
| Voir Dire Questions, Proposed Jury Instructions, and Proposed Jury Verdict Forms | 10/21/14 |
| Jury Selection | 9:00 a.m. on 11/17/2014 |
| Jury Trial[1] | 11/18-19/14 (full days); 11/20/14 1/2 day a.m.); 11/24/14 (1/2 day a.m.) |
| Jury Deliberations | 11/25/14 |

IT IS FURTHER ORDERED that the parties shall comply with the Standing Order re: Preliminary and Final Pretrial Conference and Trial Preparation, a copy of which is available from the Clerk of the Court,[2] with regard to all pretrial submissions.

//

//

//

//

---

[1] Jury trials are held in full day sessions on Tuesdays and Wednesdays, and morning sessions on Thursdays (9:00 a.m.–12:00 p.m.), unless the Court otherwise specifies.  At the Final Pretrial Conference, the Court reserves the right to add morning sessions on Mondays (9:00 a.m.–12:00 p.m.), thus creating extra half-days for trial.  The final trial schedule will be confirmed at the Final Pretrial Conference.

[2] A copy of Judge Davila's standing order is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Davila's name, then on the link for "Judge Davila's Standing Orders," and finally on the link for "Standing Order Re Pretrial Preparation."

2

CASE NO. 5:12-cv-04204 EJD
PRETRIAL ORDER (JURY TRIAL)

The court advises the parties that this is the **final case schedule.** All parties are expected to comply as directed above. This schedule will not be amended further absent the presentation of good cause necessitating such an amendment.

**IT IS SO ORDERED.**

Dated: February 26, 2014



EDWARD J. DAVILA
United States District Judge