**THE AGUILERA LAW GROUP, APLC**
A. Eric Aguilera (SBN 192390)
Kimberly Arnal (SBN 200448)
650 Town Center Drive, Suite 100
Costa Mesa, CA 92626
T: 714-384-6600 / F: 714-384-6601
eaguilera@ aguileragroup.com
karnal@aguileragroup.com

**IT IS SO ORDERED**

Judge Edward J. Davila

Dated:8/12/2014

Attorneys for Plaintiff and Counterdefendant TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA, a Connecticut corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, <br><br> Plaintiff, <br><br> v. <br><br> TAYLOR MORRISON OF CALIFORNIA LLC, a California limited liability corporation, as successor-in-interest to Taylor Woodrow Homes, Inc.; TAYLOR MORRISON SERVICES, INC., a California corporation; ARCH INSURANCE GROUP, a Missouri corporation; ARCH SPECIALTY INSURANCE COMPANY, a Nebraska corporation; AMERICAN SAFETY INDEMNITY COMPANY, an Oklahoma corporation; HUDSON INSURANCE COMPANY, a Delaware corporation, QBE INSURANCE CORPORATION, a Pennsylvania corporation; FIRST SPECIALTY INSURANCE CORPORATION, a Missouri corporation; UNITED SPECIALTY INSURANCE COMPANY, a Delaware corporation and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 5:12-cv-04204-EJD-HRL <br> Hon. Edward J. Davila <br><br><br> **STIPULATION TO VOLUNTARILY DISMISS DEFENDANT ARCH INSURANCE COMPANY UNDER FRCP RULE 41(a)(1)** |

1
2
3
4
5
6
7
8
9

TAYLOR MORRISON OF
CALIFORNIA, LLC, a California
Limited Liability company; TAYLOR
MORRISON SERVICES, INC., a
California corporation,

Counterclaimants,

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA, a
Connecticut corporation,

Counterdefendant.

10

11   **WHEREAS,** Plaintiff Travelers Property Casualty Company of America
12   ("Travelers") and Defendants Taylor Morrison of California LLC, Taylor Morrison
13   Services, Inc. (collectively "Taylor Morrison") have reached a settlement with
14   Defendant Arch Insurance Company ("Arch");

15   **WHEREAS**, Plaintiff Travelers and Taylor Morrison wish to dismiss, with
16   prejudice, defendant Arch from the present action.

17   **IT IS HEREBY STIPULATED** by and between Travelers and the remaining
18   defendants who have appeared in this action, by and through their designated counsel,
19   that defendant Arch is hereby dismissed with prejudice pursuant to FRCP 41(a)(1).
20   Travelers and Arch further agrees to waive any claim for costs they might have
21   against each other associated with the present action.

22

23

24   Dated:  August 11, 2014          **THE AGUILERA LAW GROUP APLC**

25

26   By: _  */s/ Kimberly R. Arnal*_____
27          A. Eric Aguilera
           Kimberly R. Arnal
28   Attorneys for Plaintiff Travelers Property
     Casualty Company of America

1

Dated:   August 11, 2014

**COX, CASTLE & NICHOLSON LLP**

2

3

By: _   *Patrick Michael McGovern*_____

Patrick Michael McGovern

4

Attorneys for Defendant/Counter-

5

Claimant Taylor Morrison of California LLC

6

7

Dated:  August 11, 2014

**SELMAN BREITMAN**

8

9

By: _   *Gregory J. Newman*_____

Gregory J. Newman

10

Attorneys for Defendant Arch Specialty

11

Insurance Company; Arch Insurance

Company

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO VOLUNTARILY DISMISS DEFENDANT ARCH INS. CO.

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 700 S. Flower St., Ste. 3350, Los Angeles, California 90017.   On ***August 11, 2014***, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED:        **STIPULATION TO VOLUNTARILY DISMISS DEFENDANT ARCH INSURANCE COMPANY UNDER FRCP RULE 41(a)(1)**

☐ **BY U.S. MAIL**
☐ *I deposited such envelope in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.
☐ As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC SERVICE VIA ECF**  I transmitted a true copy of the above entitled document(s) to CM/ECF for filing and service on all parties.

☐ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on ***August 11, 2014*** at Los Angeles, California.

_____*/s/  Judy Jaramillo*_____
                    Judy Jaramillo